**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Case Number:**

RONALD SIRIANNI,

Plaintiff,

v.

AMERICAN STRATEGIC INSURANCE CORP.
D/B/A PROGRESSIVE FLOOD,

Defendant.
_______________________________________________/

**COMPLAINT FOR DAMAGES**

Plaintiff, Ronald Sirianni ("Plaintiff"), files this Complaint against Defendant, American Strategic Insurance Cop. d/b/a Progressive Flood ("Defendant") and alleges:

1. This is an action for breach of an insurance policy issued by Defendant to Plaintiff pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. § 4001, *et seq*. Pursuant to 28 U.S.C. § 1332, and 42 U.S.C. § 4072, this Court maintains exclusive jurisdiction over this action.

2. Plaintiff owns the real property located at 15730 Jones Road, North Fort Myers, FL , 33917("the Home") and is otherwise *sui juris*.

3. Defendant is an insurance company authorized to, and participating in, the National Flood Insurance Program. Defendant conducts business, has

offices and/or maintains agents for the transaction of its customary business in Lee County, Florida, and is otherwise *sui juris*.

4. In exchange for payment, Defendant issued a Standard Flood Insurance Policy for Residential Condominium Building Association's to Plaintiff, bearing Policy Number 0FLD249361 ("the Policy"), which insured the Property "for direct physical loss by or from flood." *A true and correct copy of the Policy is attached hereto as* ***Exhibit "A".*** The terms of the Policy are promulgated by Congress and published with the Code of Federal Regulations, 44 C.F.R. Pt. 61, App. A(1).

5. On or about September 28, 2022, a hurricane caused flooding damage to the Home, which is covered under the Policy. After the damage was reported to Defendant, it assigned Claim Number 19941-221001 to the loss ("the Claim").

6. After various delays with finalizing its adjustment—none of which were caused by Plaintiff—on July 13, 2026, Defendant denied coverage for a vast majority of the items claimed. Through today, Defendant refuses to extend all insurance coverage and proceeds owed to Plaintiff for the Claim. Defendant has failed to: (i) pay for all of the covered damages; and (ii) acknowledge coverage for all the damages.

7. Plaintiff has been unable to restore the Property to its pre-Loss condition, and he seeks reimbursement for repair payments made to the covered damages.

8. Plaintiff has performed all conditions precedent to filing suit or, alternatively, all such conditions have been waived by Defendant.

9. Plaintiff does not intend, nor should it be interpreted that by filing this lawsuit Plaintiff waives any rights under the Policy or Law. Plaintiff reserves all rights and remedies afforded by the Policy and Law, including but not limited to any right to demand appraisal or any other alternative dispute resolution should coverage be found.

**COUNT I BREACH OF CONTRACT**

Plaintiff re-incorporates and re-alleges the allegations contained within Paragraphs 1 through 9 as if fully set forth within.

10. Pursuant to the terms and conditions of the Policy, Defendant was obligated to indemnify the Plaintiff for all damages caused by the hurricane-related flood waters.

11. The Property sustained hurricane-related flood water damages. Defendant has refused to extend coverage for the covered flood damages, and it has failed to fully indemnify Plaintiff for the loss as required by the Policy.

12. As a direct and proximate result of Defendant's failure to honor its obligations and resulting breach of the Policy, Plaintiff has incurred significant damages.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, pre-judgement interest, post-judgment interest, attorney's fees, costs and any further relief this Court deems just and proper.

Date: October 13, 2026.

Respectfully submitted by,

/s/ Gabriel J. Fernandez
TINELLI FERNANDEZ, PLLC
2600 S. Douglas Road, Suite 302
Coral Gables, FL 33134
Phone: 786-877-4862
Fax: 305-370-6750
Anthony J. Tinelli, Esq.
Florida Bar Number: 959901
tinelli@tinellilaw.com
Gabriel J. Fernandez, Esq.
Florida Bar Number: 92374
fernandez@tinellilaw.com
rengifo@tinellilaw.com